IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN HENRY IVORY,                :

    Petitioner,              :

vs.                              :     CIVIL ACTION 07-00068-WS-B

WARDEN JERRY FERRELL, *et al.*,  :

    Respondents.             :

                                  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as time-barred.

DONE this 8th day of July, 2009.

                                    s/WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE