```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JOHN HENRY IVORY,                  :

    Petitioner,                :

vs.                                :    CIVIL ACTION 07-00068-WS-B

WARDEN JERRY FERRELL, *et al.*,    :

    Respondents.               :

                                   :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice.

DONE this 8th day of July, 2009.

                                          s/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE